UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| SEAN STEARNS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:21-cv-662-HFS |
| | ) |
| CITY OF KANSAS CITY, MO, | ) |
| BOARD OF POLICE COMMISSIONERS | ) |
| OF KANSAS CITY, | ) |
| COMMISSIONER MARK TOLBERT, | ) |
| COMMISSIONER CATHY DEAN, | ) |
| COMMISSIONER NATHAN GARRETT, | ) |
| COMMISSIONER DON WAGNER, | ) |
| COMMISSIONER DAWN CRAMER, | ) |
| MAYOR QUINTON LUCAS | ) |
| (Board Member), DAVID KENNER | ) |
| (Board Member), RICHARD C. SMITH, | ) |
| Police Chief of Kansas City, Missouri | ) |
| Police Department, | ) |
| and | ) |
| TROOPER JEFFREY SPIRE, | ) |
| | ) |
| Defendants. | ) |

___  Jury Verdict.    This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

_X_  Decision by Court.   This action came before the Court.   The issues have been determined and a decision has been rendered.

**IT IS HEREBY ORDERED** that

Defendants Dawn Cramer, Cathy Dean, Quinton Lucas and Mark Tolbert's motion for summary judgment is hereby GRANTED.   It is further

**IT IS HEREBY ORDERED** that

Defendant Jeffrey Spire's motion for summary judgment is hereby GRANTED. It is further

**ORDERED** that

This case is hereby dismissed with prejudice.

| | |
|---|---|
| __October 5, 2023__ | __Paige Wymore-Wynn__ |
| Date | Clerk |
| | |
| Entered on __October 5, 2023__ | __/s/ Christy Anderson__ |
| | (By) Deputy Clerk |